## Schwab *v.* Edge, Appellant (No. 2).

Argued Jan. 19, 1906.  Appeal, No. 310, Jan. T., 1905, by John J. McDevitt, Jr., from order of C. P. No. 1, Phila. Co., March T., 1903, No. 3,670, discharging rule to set aside execution in case of Gustav A. Schwab v. J. Bachelor Edge and Ida Mae Edge, his wife, and John J. McDevitt, Jr.  Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ.  Affirmed.

OPINION BY MR. JUSTICE POTTER, April 9, 1906 :

The opinion we have just filed in the appeal, Schwab v. Edge, ante, p. 596, disposes of the question involved in this case.

The assignment of error is overruled, and the judgment is affirmed.